CO-386-online
10/03

# United States District Court
# For the District of Columbia

ANB 3232 P Street LLC

           vs      Plaintiff

Erie Insurance Exchange, et al.

                         Defendant

Civil Action No._____

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  ANB 3232 P Street LLC  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  ANB 3232 P Street LLC  which have any outstanding securities in the hands of the public:

Premier Bank, Inc.
Premier Financial Bancorp, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

MD24985
BAR IDENTIFICATION NO.

Steven F. Wrobel
Print Name

25 S. Charles Street, 21st Floor
Address

Baltimore, MD 21201
City      State      Zip Code

(410) 727-6600
Phone Number