IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANB 3232 P Street LLC | * | |
| Plaintiff, | * | |
| v. | * | Civil Case No.1:14-CV-00918-RBW |
| ERIE INSURANCE EXCHANGE, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, ANB 3232 P Street LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice that the above captioned matter is voluntarily dismissed with prejudice as to all defendants.

Dated: July 8, 2014

/s/
Steven F. Wrobel (Federal Bar No. MD24985)
Rosenberg Martin Greenberg LLP
25 South Charles Street
21st Floor
Baltimore, Maryland  21201
410.727.6600
410.727.2115 facsimile

*Attorneys for ANB 3232 P Street LLC*

4849-7342-2364